FILED
August 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sharon Lynn Traylor | **Case No :** | 10-36267 - B - 7 |
| | | **Date :** | 8-24-10 |
| | | **Time :** | 9:30 |

**Matter :** [14] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 8/24/2010 at 09:30 AM at Sacramento Courtroom 32, Department B. (msts) Modified on 8/18/2010 (msts).

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Trustee - Michael F. Burkart

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed for unreasonable delay that is prejudicial to creditors.

Dated: August 26, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge